UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **2:21-cv-14017-AMC**

**Joseph E. Haas**

    Plaintiff

vs.

**Secretary, Florida Department of Corrections**

    Defendant.

_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney __**Jesse Woodson Isom**__ files this Notice of Change of Address in the above captioned case.   All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Liggio Law, P.A.**

Address: **1615 Forum Pl., Ste. 3B**
**West Palm Beach, FL 33401**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**Assistant Attorney General Luke Napodano at luke.napodano@myfloridalegal.com**

Dated: __9/12/2023__                     Respectfully submitted,

**Jesse Woodson Isom**  **0098588**
Attorney Name                                         Bar Number

**jwisom@liggiolaw.com**
Attorney E-mail Address

**Liggio Law, P.A.**
Firm Name

**1615 Forum Pl., Ste. 3B**
Street Address

**West Palm Beach, FL 33401**
City, State, Zip Code

**561-616-3333**            **561-616-3266**
Telephone: (xxx)xxx–xxxx       Facsimile: (xxx)xxx–xxxx

**Attorney for Petitioner Joseph E. Haas**
Attorneys for Plaintiff/Defendant [Party Name(s)]